| | | |
|---|---|---|
| | AUSA: John Turrettini | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Robert Schmitz | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
  v.

Miftaah Rahamatullah Al-Lami

Case No.26-mj-30233

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 16, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 371 | Conspiracy to commit carjacking |
| 18 U.S.C. § 924(c) | Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Schmitz, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 24, 2026_____

_____
*Judge's signature*

City and state: __Detroit, MI_____

Hon. Anthony P. Patti, U.S. Magistate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Robert J. Schmitz, being duly sworn, depose and state as follows:

### I.    INTRODUCTION

1.    I have been employed as a Special Agent of the Federal Bureau of Investigation since January 2016. I am currently assigned to the Violent Crime Squad in the Detroit Division of the FBI.

2.    I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3.    I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4.    The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by police officers, other Special Agents of the FBI, and other law enforcement personnel. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

5.      This affidavit is made in support of a criminal complaint charging Miftaah AL-LAMI (DOB: XX/XX/2004) with 18 U.S.C. § 2119 (Carjacking), 18 U.S.C. § 371 (Conspiracy to Commit Carjacking), and 18 U.S.C. § 924(c) (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

## II.      PROBABLE CAUSE

6.      On April 16, 2026, Dearborn Police Department officers were dispatched to 78XX Orchard, Dearborn, Michigan on reports of a carjacking that had taken place at 11:02 PM.

7.      Officers arrived and interviewed Victim 1.  Victim 1 told officers he was on the phone, sitting in the driver seat of a BMW, with the driver's window rolled down, while parked in the driveway of 78XX Orchard, when a vehicle drove south on Orchard and parked on the street in front of the BMW, boxing him in the driveway.

8.      Victim 1 stated the driver and a passenger of the vehicle, both wearing all black with black ski masks, jumped out of the vehicle and approached Victim 1. Victim 1 stated that the individual who emerged from the passenger side of the vehicle ("Suspect 1") pointed a black AK-47 draco style rifle at his head and told him to "get the fuck out." Victim 1 said he then exited the BMW, which was still

2

running. Victim 1 reported the driver of the suspect vehicle ("Suspect 2") dug through his pockets and removed Victim 1's phone and wallet.

9.      Victim 1 stated Suspect 1 walked around to the passenger side of the BMW, opened the door, and climbed through the passenger seat into the driver's seat, while Suspect 2 got back into the suspect's vehicle.  Victim 1 said they then drove the vehicles away, going south on Orchard and east on Moross. I reviewed security footage that the Dearborn Police Department recovered from a neighboring residence at the corner of Orchard and Moross. Through review of the security video, I learned that the Suspect Vehicle was a white Honda Civic with black rims.

10.     I also observed footage from a separate camera from a business at Tireman Ave. and Kendal St. at approximately 11:03 PM, which showed both Victim 1's vehicle and the Suspect Vehicle driving by. The footage captures the driver of the Suspect Vehicle opening the driver door and throwing an object out of

3

the vehicle, as shown in the below screenshot.



11.     Officers searched the area of the Tireman Ave. and Kendal St. afterwards and located Victim 1's phone in the area where the object was thrown from the Suspect Vehicle.

12.     The Dearborn Police Department conducted fingerprint analysis on Victim 1's recovered cell phone. Preliminary laboratory results revealed that AL-LAMI's fingerprint was located on the recovered phone.

13.     The carjacked BMW was later recovered at Conant and Davison at approximately 2:14 AM, after Detroit Police Department dispatch received a call regarding an abandoned white sedan blocking the right-hand lane.

14.     Officers obtained surveillance footage from a Dollar General store in the area of Conant Street and East Davison Street. I observed in the footage that the carjacked BMW appeared to stop functioning at approximately 11:52 PM. The

footage shows an unknown suspect, dressed in all dark clothing, fleeing the

carjacked BMW on foot, through a parking lot in the direction of eastbound

Davison.



*Identification of Suspect Vehicle and Link to Miftaah AL-LAMI*

15.     Law enforcement conducted a query of the FLOCK LPR system,

looking for the Suspect Vehicle in the area where the carjacked BMW was

recovered. FLOCK captured a white Honda Civic with black rims bearing

Michigan license plate 0NCS37 in the area of Joseph Campau and Caniff Street

(approximately 1.5 miles from Conant Street and East Davison Street) in

Hamtramck less than an hour after the carjacked BMW was abandoned by one of

the suspects.

16.     Upon searching 0NCS37 in a law enforcement database, officers

observed that the same vehicle had been queried by FBI Detroit earlier on April 16,

2026. This plate was run by FBI Detroit during surveillance of AL-LAMI in conjunction with a separate investigation into AL-LAMI regarding his involvement in other federal crimes. FBI surveillance saw AL-LAMI driving the Honda Civic with plate number 0NCS37 on the afternoon of April 16, 2026.

### *Custodial Interview of Miftaah AL-LAMI*

17.     On April 22, 2026, the FBI executed a search warrant at AL-LAMI's residence. AL-LAMI was located, arrested, and transported to the Dearborn Police Department.

18.     I interviewed AL-LAMI while he was in custody at the Dearborn Police Department. AL-LAMI waived his *Miranda* rights and agreed to speak with law enforcement.

19.     AL-LAMI made the following statements:

- AL-LAMI identified himself as Suspect 2 and admitted that he was the driver of the Suspect Vehicle during the carjacking on April 16, 2026.

- AL-LAMI admitted he had a passenger in the vehicle with whom he agreed on the plan for the carjacking.

- AL-LAMI admitted he drove them to the BMW, and that his passenger then pointed an AR pistol at Victim 1's head to force him to give up the BMW, and then drove off in the carjacked BMW.

6

- AL-LAMI admitted that the AR pistol used by his passenger during the carjacking was a real firearm, and that AL-LAMI has fired it in the past.

- AL-LAMI admitted that after the carjacked BMW stopped functioning at Conant and E Davison, AL-LAMI went there and retrieved his passenger.

20.   Agents determined that the carjacked BMW was manufactured outside of Michigan, in Germany, and transported in interstate commerce.

### CONCLUSION

21.   Based on the above information, probable cause exists that AL-LAMI took a motor vehicle transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119.

22.   In consideration of the foregoing, I respectfully request that this Court issue a complaint against Miftaah AL-LAMI for his violations of 18 U.S.C. § 2119 (Carjacking), 18 U.S.C. § 371 (Conspiracy to Commit Carjacking), and 18 U.S.C. § 924(c) (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

Robert J. Schmitz
Special Agent, FBI

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

Date:   April 24, 2026

8